UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONATAN WIDIANTORO, HEATHER BROWN, COLLEEN CARMICHAEL, JOSEPH LIOTTA, SABRINA LOPEZ, ALISSA STEFANACCI, CHERYL TISHMAN, and JOLENE HYNES,<br><br>  Plaintiffs,<br><br>v.<br><br>CHRISTOPHER MASANTO, ANDREW MASANTO, CEL PRODUCTS LIMITED, AMPLIFY LIMITED, COFOUNDANT LIMITED, COFOUNDANT HOLDINGS LIMITED, BLOOMING INVESTMENTS LIMITED, and PETLAB GROUP LIMITED,<br><br>  Defendants. | Civ. A. No.: 1:21-cv-6941 (KPF/OW)<br><br>**ORDER ADMITTING KEVIN M. KNEUPPER   AS COUNSEL *PRO HAC VICE*** |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted.

The admitted attorney, Kevin M. Kneupper, declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

      Kevin M. Kneupper (KK-3038)
      **Lead Counsel to Plaintiffs**
      Kneupper & Covey, PC
      17011 Beach Blvd., Suite 900
      Huntington Beach, CA 92647
      Tel: (512) 420-8407
      kevin@kneuppercovey.com

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

The Clerk of Court is directed to terminate the motion at docket entry 7.

Dated: October 1, 2021　　　　　　　　SO ORDERED.
      New York, New York

*[Signature: Katherine Polk Failla]*

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE